IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT,
IN AND FOR BREVARD COUNTY, FLORIDA

CASE NO. : _______________
CIVIL DIVISION

FILICHIA INSURANCE AGENCY, INC.

Plaintiff,

vs.

MARK BLOSSER and
VIRGINIA BLOSSER,
Defendants.
_______________________________/

## COMPLAINT

**COMES NOW** the Plaintiff, FILICHIA INSURANCE AGENCY, INC. (hereinafter "Plaintiff"), by and through the undersigned attorney, who files this Complaint against Defendants, MARK BLOSSER and VIRGINIA BLOSSER and states the following:

## PARTIES

1. Plaintiff was and continues to be a Florida corporation with its principal place of business located at 1703 S Washington Avenue, Itusville, Brevard County, Florida 32780.

2. The Defendant, MARK BLOSSER, is an adult male with a mailing address of HC 1 Box 650, 28420 S Rain Valley Road, Elgin, Arizona 85611.

3. The Defendant, VIRGINIA BLOSSER, is an adult female with a mailing address of HC 1 Box 650, 28420 S Rain Valley Road, Elgin, Arizona 85611.

## JURISDICTION AND VENUE

4. The parties entered into a contract to purchase insurance in Brevard County, Florida, for properties they own in Brevard County, Florida.

## GENERAL ALLEGATIONS

5. Defendants posted false information on a website. See screenshot attached as Exhibit A.

## COUNT 1 – LIBEL AGAINST MARK BLOSSER

6. Plaintiff re-alleges his allegations set forth in paragraphs 1 through 4 as if fully set forth herein.

7. Defendant created and published a false website and posted false reviews on it and on several other sites. He also created the website to look almost exactly like the real insurance agency website.

8. The postings contain false accusations that are libelous on their face.

9. Defendant acted with reckless disregard and negligence in that he knew the information was false.

10. Plaintiff has been damaged in its business as a result of the false publication.

**WHEREFORE,** Plaintiff demands judgment in the amount of over Fifteen Thousand ($15,000.00) Dollars plus any other or further relief this Court deems just and proper, and demands trial of all issues contained herein.

## COUNT II – TORTIOUS INTERFERENCE AGAINST MARK BLOSSER

11. Plaintiff re-alleges its allegations set forth on paragraphs 1 through 4 as if fully set forth herein.

12. Defendant created and published a false website created to look like Plaintiff's real website.

13. Plaintiff has a business relationship with the community at large as an insurance agent and more particularly a business relationship with individuals who search on the internet where he finds a majority of his leads.

14. Defendant is aware of the relationship.

15. Defendant intentionally and unjustifiably interfered with the relationship between Plaintiff and its potential customers.

16. Plaintiff's business has been damaged as a result and he has had to make changes which has changed his ranking with Google which had been very high.

**WHEREFORE,** Plaintiff demands judgment in the amount of over Fifteen Thousand ($15,000.00) Dollars plus any other or further relief this Court deems just and proper, and demands trial of all issues contained herein.

**COUNT III – PERMANENT INJUNCTION AGAINST MARK BLOSSER**

17. Plaintiff adopts and incorporates paragraphs 1 through 4 as if fully repled herein.

18. The Plaintiff will suffer immediate and irreparable injury, loss or damage if Defendant continues to post false information about it on the internet.

19. Plaintiff asks the court to enjoin Defendant from posting any further false information on any website and to remove all current postings immediately.

**WHEREFORE,** Plaintiff demands judgment in the amount of at least Fifteen Thousand ($15,000.00) Dollars plus any other or further relief this Court deems just and proper, and demands trial of all issues contained herein.

**COUNT IV – LIBEL AGAINST VIRGINIA BLOSSER**

20. Plaintiff re-alleges his allegations set forth in paragraphs 1 through 4 as if fully set forth herein.

21. Defendant created and published a false website and posted false reviews on it and on several other sites. She also created the website to look almost exactly like the real insurance agency website.

22. The postings contain false accusations that are libelous on their face.

23. Defendant acted with reckless disregard and negligence in that he knew the information was false.

24. Plaintiff has been damaged in its business as a result of the false publication.

**WHEREFORE,** Plaintiff demands judgment in the amount of over Fifteen Thousand ($15,000.00) Dollars plus any other or further relief this Court deems just and proper, and demands trial of all issues contained herein.

**COUNT V – TORTIOUS INTERFERENCE AGAINST VIRGINIA BLOSSER**

25. Plaintiff re-alleges its allegations set forth on paragraphs 1 through 4 as if fully set forth herein.

26. Defendant created and published a false website to look like Plaintiff's real website.

27. Plaintiff has a business relationship with the community at large as an insurance agent and more particularly a business relationship with individuals who search on the internet where he finds a majority of his leads.

28. Defendant is aware of the relationship.

29. Defendant intentionally and unjustifiably interfered with the relationship between Plaintiff and its potential customers.

30. Plaintiff's business has been damaged as a result and he has had to make changes which has changed his ranking with Google which had been very high.

**WHEREFORE,** Plaintiff demands judgment in the amount of over Fifteen Thousand ($15,000.00) Dollars plus any other or further relief this Court deems just and proper, and demands trial of all issues contained herein.

**COUNT VI – PERMANENT INJUNCTION AGAINST VIRGINIA BLOSSER**

31. Plaintiff adopts and incorporates paragraphs 1 through 4 as if fully repled herein.

32. The Plaintiff will suffer immediate and irreparable injury, loss or damage if Defendant continues to post false information about it on the internet.

33. Plaintiff asks the court to enjoin Defendant from posting any further false information on any website and to remove all current postings immediately

**WHEREFORE,** Plaintiff demands judgment in the amount of at least Fifteen Thousand ($15,000.00) Dollars plus any other or further relief this Court deems just and proper, and demands trial of all issues contained herein.

**THE PLAINTIFF HEREBY REQUESTS A TRIAL BY JURY ON ALL ISSUES.**

Respectfully submitted this 17 day of April, 2014.

Jennifer A. Englert
Florida Bar No. 180297
THE ORLANDO LAW GROUP PL
3855 Avalon Park East Boulevard
Orlando, Florida 32828
Phone: 407-512-4394
Fax: 407-982-7250
E-mail: JEnglert@theorlandolawgroup.com
Secondary: cneedham@theorlandolawgroup.com
Attorney for Plaintiff