Filichia Insurance Agency Inc. - Titusville, FL | Yelp          Page 1 of 2



# Filichia Insurance Agency Inc.

★★★★★ 1 review [Details]

Insurance [Edit]



1700 S Washington Ave  [Edit]
Titusville, FL 32780
Get Directions
(321) 269-1400
filichia-agency.com



## Recommended Reviews

[Search reviews]

Yelp Sort  Date  Rating  Elite                                English 1

**Mark B.**
Elgin, AZ
0 friends
1 review

★★★★★ 2/22/2014

First to Review

We are actual customers of Filichia Insurance Agency. We purchased Lloyds of London and Burns and Wilcox liability insurance from Filichia Insurance for our east central Florida rental properties. Maybe it's just that Bob Filichia of Filichia Insurance is losing his edge, but he did not listen to our needs, sold us coverage that was in no way responsive to our concerns, and then refused to refund almost half of our total premium payment, even though we cancelled just a few days after receiving and reviewing the policy. We feel were misled, misinformed, lied to, and taken advantage of by Filichia. They do not seem to care one bit about how we feel about what we consider to be the theft of over $500 of our money. What does it say about a firm when they feel they pay someone for a "Best of" award to display on their website? Think about questionable ethics and poor quality of their client service. We all know that there is a special place in Hell for used car salesmen, but it seems they should clear space for insurance salesman in that same room.

Today 8:30 pm - 6:00 pm Closed now

**Hours**

Mon  8:30 pm - 5:00 pm Closed now
Tue  8:30 pm - 5:00 pm
Wed  8:30 pm - 5:00 pm
Thu  8:30 pm - 5:00 pm
Fri   Closed
Sat  Closed
Sun  Closed

Edit business info

Mark B.
First to review

Page 1 of 1

## From the business

**Specialties**

FILICHIA INSURANCE AGENCY, INC. and staff are committed to providing you with the best insurance plan to suit your specific insurance needs. We approach each client's personal business with care and confidence. Our agency provides complete customer satisfaction and the best quality insurance that Florida has to offer.

We have been licensed in Brevard County Florida over twenty years and staffed with only licensed Agents and Certified Service Representatives. Our agency provides a vast range of personal and business coverage throughout the State of Florida. Our goal is to give you the best service with only the best companies.

**History**

Established in 1989.



http://www.yelp.com/biz/filichia-insurance-agency-inc-titusville    2/24/2014

## Filichia Insurance Agency Inc. - Titusville, FL | Yelp

Filichia Insurance Agency Inc. is an agency committed as a leader in providing quality to hundreds of individuals, families, and businesses throughout the State of Florida. We believe that our customers are entitled to the best insurance plan, with superior service, and low rates.

We approach each client's needs with care and budget in mind. "We care" and make sure we offer world class protection for your coverage now and in the future. "We care" about your insurance protection. So you can care for your family. Our agency wants to provide complete customer satisfaction and the best quality insurance protection in Florida.

Meet the Business Owner

Robert D.
Business Owner

The Space Coast of Florida presented opportunities for Bob to become a Nationwide Insurance Company Agent with Filichia Insurance Associates, a family operated agency. In 2013 Bob received his CPIA (Certified Professional Insurance Agents) designation. He ran his own office for about twenty plus years.

In 2005 Bob purchased the agency he built from the family agency and is now a part of the fast growing independent agency market in Florida. He is a member of the Professional Insurance Agents Association.

Bob resides in East Orange County Florida with his wife and son, who are also part of "Filichia Insurance Agency Inc".

**About**
About Yelp
Yelp Blog
Press
Investor Relations
Terms of Service
Privacy Policy

**Help**
FAQ
Advertise
Content Guidelines
Contact Yelp
Business Support
Developers

**More**
Careers
Yelp Mobile
The Weekly Yelp
Yelp SeatMe
RSS
Top Searches

**Languages**
[English]

**Countries**
[United States]

Titusville Business Listings  # A B C D E F G H I J K L M N O P Q R S T U V W X Y Z | Newly Added | Talk Archive

Cities: Atlanta | Austin | Boston | Chicago | Dallas | Denver | Detroit | Honolulu | Houston | Los Angeles | Miami | Minneapolis | New York | Philadelphia | Portland | Sacramento | San Diego | San Francisco | San Jose | Seattle | Washington, DC | More Cities

Copyright © 2004-2014 Yelp Inc. Yelp, yelp🟥, 🟥 and related marks are registered trademarks of Yelp.

http://www.yelp.com/biz/filichia-insurance-agency-inc-titusville    2/24/2014

2/22/2014     Reviews for Filichia Insurance Agency Inc. in Titusville, FL 32780

# Filichia Insurance Agency Inc.

## 321-269-1400

1703 S Washington Av, Titusville, FL 32780 - Directions

www.filichia-agency.com

HOURS: 8 AM - 5 PM Daily Closed On week ends.

PAYMENT: Visa

---

### Write a review or message for Filichia Insurance Agency Inc.

Title                                                           Rate:      6.0

Review

                                                            ○ Write a review

                                                            Message merchant

                                                            Submit

---

### Reviews of Filichia Insurance Agency Inc.

Sort: rating creates

**AVOID Filichia Insurance**

1.0

We are actual customers. We purchased liability insurance from Filichia Insurance for our rental properties. Bob Filichia of Filichia Insurance must be old and hard of hearing, because he did not listen to our needs, sold us coverage that was in no way responsive to our concerns, and then refused to refund almost half of our total premium payment, even though when we cancelled just a few days after receiving and reviewing the policy. We feel were misled, lied to, and taken advantage of by Filichia. They do not seem to care at all about how we feel about what we consider to be the theft of over $500 of our money. This firm had to purchase an award to display on their website, so that should tell you about their office and the quality of their service. We all know that there is a special place in Hell for used car salesman, but it seems they should clear space for insurance salesman in that same room.

By MarkBloomer February 22, 2014 at 10:16 AM

**The associates of Earthwide Webs highly recommends Filichia Insurance Agency Inc**

6.0

The associates of Earthwide Webs highly recommends Filichia Insurance Agency Inc because we feel that they are a great company to work with and they do a quality job.

By Earthwide Webs February 02, 2011 at 01:19 PM

2/24/2014  Workspace Webmail :: Print

Print | Close Window

Subject: A customer gave Filichia Insurance Agency Inc. a review
From: "MerchantCircle Reviews" <reviews@merchantcircle.com>
Date: Sat, Feb 22, 2014 1:18 pm
To: bob@filichia-agency.com



## Consumer Review Alert

Dear Filichia Insurance Agency Inc.,

Congratulations! A customer has visited your business listing in the Titusville, Mims, Port St Johns, Cocoa, Merritt Island, All of Florida neighborhood on MerchantCircle and given you a review:

*AVOID Filichia Insurance:*

*We are actual customers. We purchased liability insurance from Filichia Insurance for our rental properties. Bob Filichia of Filichia Insurance must be old and hard of hearing, because he did not listen to our needs, sold us coverage that was in no way responsive to our concerns, and then refused to refund almost half of our total premium payment, even though when we canceled just a few days after receiving and reviewing the policy. We feel were misled, lied to, and taken advantage of by Filichia. They do not seem to care at all about how we feel about what we consider to be the theft of over $500 of our money. This firm had to purchase an award to display on their website, so that should tell you about their ethics and the quality of their service. We all know that there is a special place in Hell for used car salesman, but it seems they should clear space for insurance salesman in that same room.*

You can view this review on your MerchantCircle business listing and you can respond to it by either accepting or deleting it. Don't forget to ask all your customers to write a review for your business!



Sincerely,

The MerchantCircle Team
http://www.merchantcircle.com

2/24/2014          Workspace Webmail :: Print

This message was intended for: bob@richta-agency.com

This message was sent to you by MerchantCircle as part of your membership. This e-mail was sent from an address that cannot accept incoming mail. Please do not reply to this message.

Update Subscription Profile | Unsubscribe

© 2006 - 2013, MerchantCircle
12667 Alcosta Blvd., Suite 200, San Ramon, CA 94583

Copyright © 2003-2014. All rights reserved.